UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: 4022 GEORGIA AVE., LLC<br><br>DEBTOR. | Chapter 7<br>Case No. 23-00306-ELG |
| 4022 GEORGIA AVENUE CONDOMINIUM ASSOCIATION, DARINKA KOMLJENOVIC, NICK KOMJENOVIC, KUSHAN DAVE AND SWATI SACHDEVA,<br><br>MOVANTS.<br>v.<br><br>4022 GEORGIA AVENUE LLC (DEBTOR)<br><br>AND<br><br>WENDELL W. WEBSTER (TRUSTEE)<br>1101 CONNECTICUT AVENUE, NW<br>SUITE 402<br>WASHINGTON, DC 20036<br><br>RESPONDENTS. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002**

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Eugene W. Policastri, Esq. and Jennifer M. Blunt, Esq., and the law offices of Selzer Gurvitch Wertheimer Rabin and Polott, P.C. hereby enter their appearance on behalf of Creditors 4022 Georgia Avenue Condominium Association, Darinka Komljenovic, Nick Komljenovic,

1

Kushan Dave and Swati Sachdeva in the above-captioned case, and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Eugene W. Policastri, Esq.
Jennifer M. Blunt Esq.
Selzer Gurvitch Rabin Wertheimer & Polott, P.C.
600 Jefferson Plaza, Suite 308
Rockville, MD 20852
gpolicastri@sgrwlaw.com
jblunt@sgrwlaw.com
Tel. 301-986-9600

                          Respectfully submitted,

                          */s/ Jennifer M. Blunt*
                          Eugene W. Policastri, Esq.
                          Fed. Bar #470203
                          Jennifer M. Blunt
                          Fed. Bar #470443
                          Selzer Gurvitch Rabin Wertheimer & Polott, P.C.
                          600 Jefferson Plaza, Suite 308
                          Rockville, MD 20852
                          gpolicastri@sgrwlaw.com
                          Tel. 301-986-9600
                          *Attorneys for Movants*

.

# CERTIFICATE OF SERVICE

The undersigned states that on this 27th day of October, 2023, copies of the foregoing Notice of Appearance was filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Wendell W. Webster, Trustee
1101 Connecticut Avenue, NW
Suite 402
Washington, DC 20036

Robert M. Marino
Redmon Peyton & Braswell, LLP
510 King Street
Suite 301
Alexandria Virginia 22314
*Debtor's Attorney*

*/s/ Jennifer M. Blunt*
Jennifer M. Blunt
